UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   JEFFERY G JOHNSTON )
                                                                    ) CASE NO. 09-32533-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

    Now comes BANKTRUST, by its attorneys, Chambless Math    Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

    1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; REAL ESTATE PROPERTY.

    WHEREFORE, BANKTRUST, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                                                    BANKTRUST

                                                                     By: /s/ Leonard N. Math

Of Counsel:
Chambless Math    Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this November 5, 2009.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

JEFFERY G JOHNSTON
7300 BRISBANE COURT
MONTGOMERY AL 36117

/s/ Leonard N. Math