IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                    CASE NO. 09-32533-DHW
                                                           CHAPTER 13
JEFFERY G. JOHNSTON,
      Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on September 17, 2009.

2. The debtor(s) §341 Meeting of Creditors held on November 5, 2009.

3. Confirmation hearing is set for December 7, 2009.

4. Prior to the meeting of creditors and at the meeting of creditors the debtor(s) was advised the plan was not feasible.

5. Currently, proposed plan payments are $335.00 semi-monthly. In order to make the case feasible, plan payments need to increase to $350.00 semi-monthly.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this case as the plan as filed is not feasible.

Respectfully submitted, November 24, 2009.

                                       Curtis C. Reding
                                       Standing Chapter 13 Trustee

                   By:    /s/ Tina J. Hayes
                           Tina J. Hayes       (HAY 049)
                           Staff Attorney

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, November 24, 2009.

                                                /s/   Tina J. Hayes
                                                Tina J. Hayes

Jeffery G. Johnston
7300 Brisbane Court
Montgomery, AL 36117


Hon. Richard D. Shinbaum (*via electronic filing*)